UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:   07-57379 |
| DANIEL A REED | |
| PAMELA S REED | Judge:   C KATHRYN PRESTON |
| 53287 Old Infirmary Rd | |
| Pleasant City, OH  43772 | |

SSN(S):    XXX-XX-1660
           XXX-XX-7832

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:  November 29, 2010           /s/ Frank M. Pees
                                    Frank M. Pees
                                    Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS | 28.63 |
| 109 E MARKET ST | |
| BLOOMINGTON, IL  61701 | |